■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LA MARR STINSON, Appellant, v GEORGE INFANTE, as Sheriff of Albany County, Respondent. — Appeal from a judgment of the Supreme Court at Special Term, entered October 22, 1980 in Albany County, which dismissed a writ of habeas corpus after a hearing. Judgment affirmed, without costs (see *People ex rel. Parone v Phimister,* 29 NY2d 580, 581; *People ex rel. Klein v Krueger,* 25 NY2d 497; *People ex rel. Cooke v McNulty,* 48 AD2d 586). Mahoney, P.J., Sweeney, Kane, Yesawich, Jr., and Weiss, JJ., concur.